<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-8184**

———————————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

JAMES TILLMAN,

             Defendant – Appellant.

———————————

**No. 09-8190**

———————————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

JAMERSON DEVOIR TILLMAN,

             Defendant – Appellant.

———————————

Appeals from the United States District Court for the District
Maryland, at Greenbelt.    Alexander Williams, Jr., District
Judge. (8:00-cr-00137-AW-2; 8:00-cr-00137-AW-1)

———————————

Submitted:  June 29, 2010          Decided:  July 9, 2010

———————————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James Tillman and Jamerson Devoir Tillman, Appellants Pro Se.
Stuart A. Berman, Assistant United States Attorney, Greenbelt,
Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Tillman and Jamerson Devoir Tillman appeal from the district court's orders granting their 18 U.S.C. § 3582(c)(2) (2006) motions and reducing their sentences. They argue on appeal that they should receive a full resentencing in light of United States v. Booker, 543 U.S. 220 (2005), applying the Sentencing Guidelines as advisory and allowing them to challenge the leadership role enhancements they received. The Tillmans' contention that they are eligible for sentencing anew is without merit. See Dillon v. United States, __ S. Ct. __, No. 09-6338, 2010 WL 2400109, at *5 (June 17, 2010) ("By its terms, § 3582(c)(2) does not authorize a sentencing or resentencing proceeding," it merely provides for modification of the term of imprisonment.); United States v. Dunphy, 551 F.3d 247, 251-53 (4th Cir.), cert. denied, 129 S. Ct. 2401 (2009). We have reviewed the records in these cases and find no abuse of discretion and no reversible error. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3